BEFORE FREEDMAN, P. J., GILDERSLEEVE and MacLEAN, JJ.

George Behsmann, Appellant, v. Gertrude R. Waldo, Respondent.— Appeal from judgment of the General Term of the City Court affirming judgment for defendant entered upon the verdict of a jury and order denying plaintiff's motion for a new trial. F. Herwig, for appellant. Jones & McCormick, for respondent. Judgment affirmed, with costs. No opinion.

James H. Ingersoll, Respondent, v. The Metropolitan Street Railway Company, Appellant.— Appeal by defendant from a judgment rendered in favor of the plaintiff in the Municipal Court of the city of New York, first district, borough of Manhattan. G. Glenn Worden, for appellant. H. Manne, for respondent. Judgment affirmed, with costs. No opinion.

Estelle Friedberg, Appellant, v. The Pullman Company, Respondent.—Appeal by the plaintiff from a judgment rendered in favor of the defendant in the Municipal Court of the city of New York, seventh district, borough of Manhattan. D. B. Baum, for appellant. Saunders, Webb & Worcester, for respondent. Judgment affirmed, with costs. No opinion.